

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2015

No. 04-15-00657-CV

**DTND SIERRA INVESTMENT, LLC,**
Appellant

v.

**HSBC BANK USA**, National Association, as Successor Trustee to Wells Fargo Bank, N.A., as Trustee for Bear Stearns Mortgage Funding Trust 2006-AC1, Asset-Backed Certificates, Series 2006-AC1,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-00165
Honorable Richard Price, Judge Presiding

# O R D E R

      The reporter's record was due November 2, 2015, but was not filed. On November 4, 2015, this court notified the court reporter that the reporter's record was late. The court reporter responded to our notice on November 9, 2015, by stating that the record was not filed because appellant has not paid or made arrangements to pay the reporter's fee to prepare the record and that appellant is not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.6(b), 35.3(b). The reporter attached a copy of an email she sent to counsel for appellant on September 24, 2015, advising of the cost of the record. The reporter also advised that she also called counsel for appellant.

      Accordingly, we **ORDER** appellant to provide written proof to this court on or before **November 30, 2015** that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee, or (2) appellant is entitled to the record without prepayment of the reporter's fee. *See id.* R. 35.3(b). **If appellant fails to respond within the time provided, appellant's brief will be due December 17, 2015 and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision.** *See id.* R. 37.3(c).

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2015.



Keith E. Hottle
Clerk of Court